# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL A. PARRISH, | ) |
|         Plaintiff, | ) |
| -vs- | ) Case No. CIV-13-698-F |
| CAROLYN W. COLVIN, Acting Commissioner Social Security Administration, | ) |
|         Defendant. | ) |

## ORDER

On September 16, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, wherein she recommended that defendant's final decision denying plaintiff's application for disability insurance benefits be reversed and that the case be remanded for further administrative proceedings.

To date, no objection to the Report and Recommendation has been filed within the time prescribed by Magistrate Judge Mitchell, and no request for an extension of time to object has been filed. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on September 16, 2014 (doc. no. 14) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to

defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

DATED October 7, 2014.

/s/ S.P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0698p002.wpd